IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03089–WYD–KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$55,115.00 IN UNITED STATES CURRENCY,
2011 CADILLAC ESCALADE, VIN: 1GYS4BEF5BR104322,
1968 CHEVY CAMARO SS, VIN: 124378N33932,
2007 MERCEDES BENZ ML350, VIN: 4JGBB86E07A183873, and
2012 TOYOTA TUNDRA, VIN: 5TFDY5F12CX252089,

    Defendants.

---

**AMENDED ORDER RESETTING RULE 16(b) SCHEDULING CONFERENCE**

---

    **IT IS HEREBY ORDERED:**

    (1)   The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on

> **March 9, 2015, at
> 10:15 a.m. (Mountain Time)**.

The conference shall be held in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.  If this date is not convenient for any party[1], he or she shall file a motion to reschedule the conference to a more convenient time.  **Please remember that anyone seeking entry into the Byron Rogers United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.**

    A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website at www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx (Scroll down to the bold

---

[1] The term "party" as used in this Order means counsel for any party represented by a lawyer, and any *pro se* party not represented by a lawyer.

heading "Standardized Order Forms"). Parties shall prepare the appropriate proposed scheduling order in accordance with the Court's form.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.5.12, on or before:

> **5:00 p.m. (Mountain Time) on March 2, 2015.**

(2) All parties are expected to be familiar with the United States District Court for the District of Colorado Local Rules of Practice (D.C.COLO.LCivR.). Copies are available from Office of the Clerk, United States District Court for the District of Colorado, or through the District Court's web site: www.cod.uscourts.gov.

All out-of-state counsel shall comply with D.C.COLO.LCivR. 83.3 prior to the Scheduling/Planning Conference.

Dated this 22nd day of January, 2015.

                **BY THE COURT:**

                _____
                Kathleen M. Tafoya
                United States Magistrate Judge