IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03089-WYD-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$55,115.00 IN UNITED STATES CURRENCY;
2011 CADILLAC ESCALADE, VIN: 1GYS4BEF5BR104322;
1968 CHEVY CAMARO SS, VIN: 124378N33932;
2007 MERCEDES BENZ ML350, VIN: 4JGBB86E07A183873;
2012 TOYOTA TUNDRA, VIN: 5TFDY5F12CX252089;

      Defendants.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (ECF No. 36), the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimants Denise and Leandro Gamboa, through counsel, Stan Marks, and have reached a settlement agreement resolving the Gamboa's interest as to Defendant $55,115.00 in United States Currency, as well as for

the return of Defendants Cadillac and Mercedes and the payment by the Gamboas of $12,000 in lieu of the forfeiture of Defendant Camaro.  The Government and the Gamboa Claimants have filed a Settlement Agreement with the Court resolving all issues in dispute as to Defendant Currency and Defendants Cadillac, Mercedes and Camaro.;

THAT no other claims to the above listed Defendant property have been filed, with exception of those of the lienholders on two of the three vehicles;

THAT forfeiture of Defendant $55,115.00 in United States currency shall enter in favor of the United States;

THAT forfeiture of $12,000 in United States currency paid by Denise and Leandro Gamboa shall enter in favor of the United States in lieu of the forfeiture of Defendant Camaro;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of Defendant $55,115.00, as well an additional sum of $12,000 in United States currency shall enter in favor of the United States; the United States shall have full and legal title to the Defendant currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted

as to these Defendant properties pursuant to 28 U.S.C. § 2465.

Dated:  March 19, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE