IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-03089-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$55,115.00 IN UNITED STATES CURRENCY;
2011 CADILLAC ESCALADE, VIN: 1GYS4BEF5BR104322;
1968 CHEVY CAMARO SS, VIN: 124378N33932;
2007 MERCEDES BENZ ML350, VIN: 4JGBB86E07A183873;
2012 TOYOTA TUNDRA, VIN: 5TFDY5F12CX252089,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture, entered on March 19, 2015 by the Honorable Judge Wiley Y. Daniel, Senior United States District Judge, it is hereby

ORDERED that forfeiture of defendant $55,115.00 in United States currency including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.  It is further

ORDERED that forfeiture of $12,000.00 in United States currency from Claimants Denise and Leandro Gamboa, in lieu of the forfeiture of Defendant Camaro, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.  It is further

ORDERED that the United States shall have full and legal title as to the above described defendant assets and may dispose of said assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement.  It is further

ORDERED that Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to Defendant Currency , as well as the additional payment of $12,000. under 28 U.S.C. § 2465.  It is further

ORDERED that per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 19th day of March, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk