IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03089-WYD-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$55,115.00 IN UNITED STATES CURRENCY;
2011 CADILLAC ESCALADE, VIN: 1GYS4BEF5BR104322;
1968 CHEVY CAMARO SS, VIN: 124378N33932;
2007 MERCEDES BENZ ML350, VIN: 4JGBB86E07A183873;
**2012 TOYOTA TUNDRA, VIN: 5TFDY5F12CX252089;**

      Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Anthony Medina, through counsel, Andres Guevara, have reached a settlement resolving the Medina's interest as to Defendant Toyota, in that, Medina agreed to pay the sum of $20,000 in lieu of the forfeiture of Defendant Toyota.  The Government and the Anthony Medina have filed a Settlement

Agreement with the Court resolving the issue in dispute as to Defendant Toyota;

THAT no other claims to the above listed Defendant Toyota have been filed,

THAT forfeiture of $20,000.00 in United States currency shall enter in favor of the United States in lieu of Defendant Toyota,

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the sum of $20,000 in United States currency shall enter in favor of the United States in lieu of Defendant Toyota; the United States shall have full and legal title to the defendant currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to this defendant currency pursuant to 28 U.S.C. § 2465; and

THAT this case shall be terminated in its entirety.

Dated: August 5, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE